Forrest, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

FELIPE LUJUAN and JOSE CABALLERO,

        Plaintiffs,

-against-

JPG LLC *dba* PHILIP MARIE RESTAURANT,
and JOHN GRECO, individually,

        Defendants.

----------------------------------------X

Civ. No.: 18-cv-00916

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including March 23, 2018;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that the Defendants hereby waive any defenses based on alleged defects in service of process.

CILENTI & COOPERA, PLLC
*ATTORNEYS FOR PLAINTIFFS*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
    PETER H. COOPER, ESQ.

Dated: February 14, 2018

4836-2026-9661, v. 1

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
    NOEL P. TRIPP, ESQ.

Dated: 2/16/18

*This Judge does not accepts stips. See my Individual Rules*

/CB. For
USDC 2/16/18

**SO ORDERED:**

_____
U.S.D.J.