**jackson|lewis.**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: TRIPPN@JACKSONLEWIS.COM

February 27, 2018

**Via ECF and E-mail**
**ForrestNYSDChambers@nysd.uscourts.gov**
Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    Felipe Lujuan and Jose Caballero v. JPG LLC d/b/a Philip Marie Restaurant, and John Greco
             S.D.N.Y. Case No. 18 CV 00916

Dear Judge Forrest:

      We represent the Defendants in the above-referenced matter. Pursuant to the parties' previously submitted stipulation, we write to request an extension of time for Defendants to respond to Plaintiff's Complaint, to and including March 23, 2018.[1] Dkt. 6. There have been no previous requests to extend this deadline. Plaintiffs' counsel has consented to this extension request as reflected in the stipulation. While an initial telephone conference currently is scheduled in this matter for March 30, 2018 (Dkt. 5), no deadlines will be affected by granting this request. The extension is requested to fully analyze Plaintiffs' claims and discuss possible early resolution. We thank the Court for its continued attention to this matter, and again apologize for originally lodging this request through stipulation.

                              Respectfully submitted,

                              JACKSON LEWIS P.C.

                              Noel P. Tripp

NPT:dc
cc: Peter H. Cooper, Esq. (via ECF)

4811-3446-4606, v. 1

*So ordered.*
*KBF* (?)
*USDJ*
*2/27/18*

---

[1] Defendants apologize for originally submitting this request via Stipulation, in error.