# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

My Direct Dial is: (631) 247-4661
My Email Address is: NOEL.TRIPP@JACKSONLEWIS.COM

April 23, 2018

**Via ECF and ELECTRONIC MAIL**
**(ForrestNYSDChambers@nysd.uscourts.gov)**

Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

        Re: *Felipe Lujuan and Jose Caballero v. JPG LLC*
          *d/b/a Philip Marie Restaurant, and John Greco*
          S.D.N.Y. Case No. 18 CV 00916

Dear Judge Forrest:

  We are counsel for Defendants in the above Fair Labor Standards Act (FLSA) matter and write to notify the Court that the parties have reached a settlement in principle. We respectfully request that the Court adjourn all deadlines *sine die*, and give the parties until May 18, 2018 to memorialize the agreement in writing and make an appropriate application pursuant to the FLSA and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). We thank the Court for its attention to this request.

           Respectfully submitted,

           JACKSON LEWIS P.C.

           */s/ Noel Tripp*

           Noel P. Tripp

NPT:dc

cc:  Counsel of Record (*via ECF*)

4811-5981-4755, v. 1